# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:18-04058-CR-RK |
| ) | |
| WILLIAM AUSTIN LEE CRABTREE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is Defendant's Motion to Reopen Suppression Hearing as to Count One. (Doc. 56.) On September 11, 2020, Judge Epps issued a Report and Recommendation to deny the motion. (Doc. 61.) Defendant then filed an objection to the Report and Recommendation. (Doc. 66.)

Pursuant to Federal Rule of Criminal Procedure 59(b)(3), "[a] district judge must consider de novo any objection to a magistrate judge's recommendation." After an independent, de novo review of Defendant's motion (Doc. 56), the Government's response (Doc. 60), Judge Epps's Report and Recommendation (Doc. 61), the Defendant's objection (Doc. 66), and the applicable law, the Court adopts the Report and Recommendation of Judge Epps in its entirety for the reasons set forth therein and in the Government's response (Doc. 60).

Accordingly, it is **ORDERED** that:

(1) Defendant's motion to reopen suppression hearing as to count one (Doc. 56) is **DENIED**; and

(2) Magistrate Judge Willie J. Epps., Jr.'s Report and Recommendation (Doc. 66) shall be attached to and made a part of this Order.

s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: December 1, 2020